1 | ALEXANDER G. CALFO (SBN 152891)
  *ACalfo@yukelaw.com*
2 | KELLEY S. OLAH (SBN 245180)
  *KOlah@yukelaw.com*
3 | GABRIELLE ANDERSON-THOMPSON (SBN 247039)
  *ganderson-thompson@yukelaw.com*
4 | YUKEVICH CALFO & CAVANAUGH
  355 S. Grand Avenue, 15th Floor
5 | Los Angeles, CA  90071-1560
  Telephone:    (213) 362-7777
6 | Facsimile:    (213) 362-7788

7 | Attorneys for Defendants
  DEPUY ORTHOPAEDICS, INC., JOHNSON &
8 | JOHNSON SERVICES, INC., JOHNSON &
  JOHNSON (erroneously sued as "Johnson &
9 | Johnson, Inc."), DEPUY INTERNATIONAL
  LIMITED (erroneously sued as "DePuy
10 | International, Ltd.")

11 | **UNITED STATES DISTRICT COURT**

12 | **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13 |

14 | LORIN SCHNEIDER and BARRY
   SCHNEIDER,

CASE NO. CV12-2687-JSW

15 |            Plaintiffs,

[~~PROPOSED~~] **ORDER RE STIPULATION TO STAY PROCEEDINGS**

16 |

17 |    vs.

JURY TRIAL DEMANDED

18 | DEPUY ORTHOPAEDICS, INC., JOHNSON
   & JOHNSON SERVICES, INC., JOHNSON
   & JOHNSON, INC., DEPUY
19 | INTERNATIONAL, LTD., THOMAS P.
   SCHMALZRIED, M.D., THOMAS P.
20 | SCHMALZRIED, M.D. A PROFESSIONAL
   CORPORATION; and DOES 1 through 20,
21 | inclusive,

22 |            Defendants.

23 |

24 |    Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiff LORIN

25 | SCHNEIDER and BARRY SCHNEIDER and Defendants DEPUY ORTHOPAEDICS, INC.,

26 | JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as

27 | "Johnson & Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as

28 | "DePuy International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all

764523.1 / 25-217                                                        CV12-2687-JSW

1   documents, files, and pleadings in this action; and upon good cause shown, it is hereby

2   ORDERED that:

3       1.      The Parties' request for a stay of proceedings is GRANTED;

4       2.      All proceedings in this action are hereby stayed, pending a decision by the Judicial

5               Panel on Multidistrict Litigation on whether this case should be transferred to *In re*

6               *DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*,

7               MDL Docket No. 2244.

8       3.      All deadlines, including any deadlines relating to a potential remand motion and

9               any outstanding responsive pleading, are extended until 30 days after the entry of a

10              joint Case Management Order in the MDL addressing remand briefing.

11          PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13   Dated: _____June 12_____, 2012          _____

14                                            Hon. Jeffrey S. White

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS